IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR108 |
| | ) | |
| NATHAN D. COX, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed Motion for Continuance of Hearing [20] due to an injury.  Good cause being shown, the motion will be granted and the previously scheduled evidentiary hearing will be continued.

IT IS ORDERED:

1. That the unopposed Motion for Continuance of Hearing [20] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [14] is continued to **August 19, 2008** at **9:30 a.m.**  before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 18th day of July, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge