IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR108 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NATHAN D. COX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is defendant's Motion for Continuance of Change of Plea Hearing (Filing No. 44).  Defense counsel indicates that the defendant is currently detained in Kansas on pretrial release violations.

THEREFORE, IT IS ORDERED that the change of plea hearing scheduled for Feb. 13, 2009, is canceled and will be rescheduled as soon as the defendant has been returned to this district.

DATED this 13th day of February, 2009.

BY THE COURT:


**s/ Joseph F. Bataillon**
Chief District Court